■ Patrick La Lima, an Infant, by Patsy La Lima His Father and Natural Guardian, et al., Respondents, v. Joseph Fath et al., Appellants.—

924

Concur — McGivern, J. P., Marke-
wich, Kupferman, Tilzer and Eager, JJ.